# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| BLUE SPIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| NOOK DIGITAL LLC | § | Civil Action No. 6:17-CV-00175-JRG |
| | § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |
| | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nook Digital, LLC certifies as follows:

1. Defendant Barnes & Noble, Inc. is the corporate parent of Barnes & Noble Booksellers, Inc., which is the corporate parent of Defendant Nook Digital, LLC.

2. There is no other publicly held corporation which owns 10% or more of Defendant Nook Digital, LLC's stock.

Dated: July 26, 2017                                  Respectfully submitted,

*/s/ David Eiseman*
David Eiseman
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: davideiseman@quinnemanuel.com

*Counsel for Defendant Nook Digital, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on July 26, 2017.

*/s/ David Eiseman*
David Eiseman
